Darren R. **GENTILQUORE**, Appellant

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS**, Appellee

**No. 64 MAP 2017**

Supreme Court of Pennsylvania.

December 27, 2017

## ORDER

PER CURIAM

**AND NOW**, this 27th day of December, 2017, the Notice of Appeal is quashed.